UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARQUITEAL A GREEN,

                            Plaintiff,                    24 Civ. No. 02014 (DEH) (GS)

       -against-

                                                        **VIDEO STATUS**
BETHEL TRANSPORT INC, and                       **CONFERENCE ORDER**
EDWIN R MARTINEZ,

                            Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference for **Thursday, June 27, 2024 at 11:00 a.m.** The parties are directed to submit a joint status report via letter by **Monday, June 24, 2024**. Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. Meeting ID: [263 345 105 67]

Passcode: [LctraQ]

       **SO ORDERED.**

DATED:      New York, New York
                  May 1, 2024

                                                                     _____
                                                                     The Honorable Gary Stein
                                                                     United States Magistrate Judge