UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARQUITEAL A. GREEN,<br><br>      Plaintiff,<br><br>  v.<br><br>BETHEL TRANSPORT INC., et al.,<br><br>      Defendants. | 24 Civ. 2014 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued March 20, 2024, referred this case for general pre-trial supervision to Magistrate Judge Gary Stein. *See* ECF No. 4. In a proposed case management plan and scheduling order filed on April 16, 2024, the parties indicated that they consent to proceed in front of Judge Stein for all purposes, including trial. *See* ECF No. 7. The Court has been informed that at the initial pre-trial conference, held May 1, 2024, Judge Stein informed the parties of their right to consent to conduct all further proceedings before him.

  It is hereby **ORDERED** that if the parties do, in fact, consent to conduct all proceedings before Judge Stein, they shall complete and file the attached consent form for so ordering by this Court.

  SO ORDERED.

Dated: May 13, 2024
   New York, New York

                         DALE E. HO
                      United States District Judge

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

_____ )
*Plaintiff* )
v. ) Civil Action No.
_____ )
*Defendant* )

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                       _____
                                            *District Judge's signature*

                                            _____
                                            *Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.