UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARQUITEAL A GREEN,

                          Plaintiff,                          24 Civ. No. 2014 (GS)

        -against-

BETHEL TRANSPORT INC., *et al*,                      **VIDEO STATUS CONFERENCE ORDER**

                        Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Friday, August 09, 2024 at 10:00 a.m.** Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [233 433 199 157]**

**Passcode: [cCKPTR]**

      SO ORDERED.

DATED:    New York, New York
              June 27, 2024

                                                            _____
                                                            The Honorable Gary Stein
                                                             United States Magistrate Judge