**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARQUITEAL A. GREEN,

                      Plaintiff,           **24 Civ. No. 2014 (GS)**

      -against-                               **VIDEO STATUS**
                                                     **CONFERENCE ORDER**
BETHEL TRANSPORT INC., EDWIN
R. MARTINEZ, SAFEWAY
TRUCKING CORPORATION AND
EAST COAST WAREHOUSE &
DISTRIBUTION CORP.,

                      Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Wednesday, November 20, 2024 at 10:00 a.m.**  The parties should be prepared to discuss the status of discovery and settlement efforts.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>.  **Meeting ID: [243 278 586 33]**  **Passcode: [ArPN9S]**

      **SO ORDERED.**

DATED:    New York, New York
              October 23, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge